UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
NANCY MASTRANGELO,

                      Plaintiff,                  **ORDER**

       -against-                      CV 07-3564 (MLO)

JOHN DOE, *et al.*,

                     Defendants.
------------------------------------------------------X

**ORENSTEIN, MICHAEL L., U.S. Magistrate Judge:**

    Based upon the consent of the plaintiff and representation of plaintiff's attorney that she is unable to present or sustain a federal claim herein, this Court dismisses any and all federal claims asserted in the complaint.

    The Court further declines to exercise supplemental jurisdiction over the remaining state claims. *United Mine Workers v. Gibbs*, 383 U.S. 715, 725-29 (1966); *Valencia ex rel. Franco v. Lee*, 316 F.3d 299, 305-6 (2d Cir. 2003).

    The within action is deemed closed.

                    **SO ORDERED.**

Dated: Central Islip, New York
       September 4, 2009

                                                          MICHAEL L. ORENSTEIN
                                                          United States Magistrate Judge